# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  ASSIGNMENT OF JUDGES OF     :   No. 348 Common Pleas Judicial
THE COURT OF COMMON PLEAS OF    :   Classification Docket
THE FIFTH JUDICIAL DISTRICT OF      :
PENNSYLVANIA                             :
                                               :

## O R D E R

**PER CURIAM:**

AND NOW, this 24th day of January, 2018, upon consideration of the Petition of the Honorable Jeffrey A. Manning, President Judge of the Allegheny County Court of Common Pleas, for the assignment of Judges to a division of the court, it is hereby ORDERED that the Petition is granted and the following assignments are approved:

<u>Civil Division</u>

Hon. Patrick M. Connelly

<u>Family Division</u>

Hon. David L. Spurgeon